IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

B.L. HARBERT INTERNATIONAL, LLC,  )
                                  )
          Plaintiff,              )
                                  )      No. 25-1725C
     v.                           )      (Judge Kaplan)
                                  )
THE UNITED STATES,                )
                                  )
          Defendant.              )

JOINT STATUS REPORT

Pursuant to the Court's October 23, 2025 order, ECF No. 22, the parties respectfully submit this joint status report.

On November 21, 2025, the United States Army Corps of Engineers (USACE) completed a remand, and maintained its decision to award the contract at issue to Bryan Construction, Inc. (Bryan). ECF No. 23. Plaintiff, B.L. Harbert International, LLC, wishes to challenge USACE's latest decision. The parties respectfully propose the following schedule:

By December 23, 2025: administrative record provided to the parties and the Court through the Justice Department's electronic file sharing system.

By January 6, 2026: deadline for motions to intervene.

By January 9, 2026: plaintiff files an amended complaint, and a motion for judgment on the administrative record.

By January 23, 2026: defendant and intervenor(s) file a combined cross-motion for judgment on the administrative record (including any motions to dismiss), and response to plaintiff's motion for judgment.

By January 30, 2026:  plaintiff files a combined response and reply brief.

By February 6, 2026:  defendant and intervenor(s) file a reply brief.

Should the Court wish to hold oral argument, the parties respectfully propose to schedule it in mid-February, 2026.

In order to facilitate this schedule, USACE will agree to a partial voluntarily stay of performance of the award to Bryan up to and through February 27, 2026, with the expectation that the Court can reach a decision by that date (perhaps with a written opinion to follow later, if necessary).  Up to and through February 27, 2026 (or the Court's decision, whichever is earlier), USACE will not authorize Bryan to begin physical on-site construction.  However, while a decision is pending, USACE plans to allow Bryan to begin at least some preliminary work short of on-site construction, such as submitting designs and materials for USACE to review, drafting plans, and seeking approvals for personnel.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ W. Brad English
W. Brad English
Matthew Stiles
Emily J. Chancey
Taylor R. Holt
Hunter M. Drake
Maynard Nexsen PC
655 Gallatin Street
Huntsville, Alabama 35801
benglish@maynardnexsen.com
mstiles@maynardnexsen.com
taholt@maynardnexsen.com
hdrake@maynardnexsen.com

/s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Acting Deputy Director

/s/ Joshua A. Mandlebaum
JOSHUA A. MANDLEBAUM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel:  (202) 532-5409

Attorneys for Plaintiff

joshua.a.mandlebaum@usdoj.gov

OF COUNSEL:

THOMAS J. TRACY
District Counsel
JAMES L. SCHNEIDER
Assistant District Counsel
U.S. Army Corps of Engineers
Omaha District

December 5, 2025

Attorneys for Defendant