# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

**B.L. HARBERT INTERNATIONAL, LLC,**

*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**

*Defendant,*

and

**FEDERAL CONTRACTING, INC. D/B/A BRYAN CONSTRUCTION, INC.,**

*Defendant-Intervenor.*

Case No. 25-1725
Judge Elaine D. Kaplan

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to RCFC 41(a)(1)(A)(i), plaintiff B.L. Harbert International, LLC, respectfully gives notice of its dismissal of the above referenced action, without prejudice.

Dated: January 8, 2026

Respectfully submitted,

/s/ W. Brad English
W. Brad English
Matthew Stiles
Emily J. Chancey
Taylor R. Holt
Hunter M. Drake

*Attorneys for B.L. Harbert International, LLC*

**OF COUNSEL:**

MAYNARD NEXSEN PC
655 Gallatin Street SW
Huntsville, Alabama 35801
(256) 512-5705
benglish@maynardnexsen.com